1111 Ashworth Road
West Des Moines, IA 50265-3538
515.267.5000 Phone
www.guideone.com



DATE:       1/12/2016

TO:         AL ZWIEFEL

SUBJECT:    ROCK COSMOPOLITAN CHURCH       POL.  1417-180

FROM:       COMMERCIAL LINES


ATTACHED IS ONE CERTIFIED COPY OF THE ABOVE INSURED'S POLICY

AS REQUESTED BY: AL ZWIEFEL


IF WE CAN BE OF ANY FURTHER ASSISTANCE TO YOU, PLEASE LET US KNOW.

GuideOne Mutual Insurance Company • GuideOne Specialty Mutual Insurance Company • GuideOne Elite Insurance Company
GuideOne Lloyds Insurance Company • GuideOne America Insurance Company • GuideOne National Insurance Company

AS-13207

DEF-000017



1111 Ashworth Road
West Des Moines, IA 50265-3538
515.267.5000 Phone
www.guideone.com

This is to certify that the attached Memorandum of Policy No. 1417-180   of the

GuideOne Mutual Insurance

issued to  ROCK COSMOPOLITAN CHURCH

located at  6210 POPLAR TREE CT

is a replica representing the original POLICY.  The original insuring agreement was sent to the policyholder or mortgagee.

UNDERWRITING DIVISION

STATE OF IOWA

COUNTY OF POLK

Sworn to before me the _12 th ____ day of __JANUARY 2016

DENISE POSTON
Commission Number 792494
My Commission Expires
October 7, 2018

NOTARY PUBLIC

My Commission Expires_____

GuideOne Mutual Insurance Company • GuideOne Specialty Mutual Insurance Company • GuideOne Elite Insurance Company
GuideOne Lloyds Insurance Company • GuideOne America Insurance Company • GuideOne National Insurance Company

A5-13207

DEF-000018

Date:            03/11/15
Policyholder:    ROCK COSMOPOLITAN CHURCH
Corporate ID:    1417-180
Policy Number:   1417-180

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2007, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Under your existing coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States under a formula established by the Terrorism Risk Insurance Act, as amended.  However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.   Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceeds $100 billion, your coverage may be reduced in accordance with procedures established by the Secretary of Treasury.

The portion of your annual premium that is attributable to coverage for acts of terrorism is $59.00.

You may reject the offer by checking the appropriate box and signing the statement below and returning it to us, and your policy will be endorsed to exclude the described coverage.

☐ I accept the offer for terrorism coverage as explained in this Notice.

☐ I reject the offer of terrorism for certified acts of terrorism as explained in this Notice. I understand that I am also rejecting certified terrorism coverage for any applicable Umbrella and/or Business Auto policy(s).

_____           _____
Applicant's Signature                              Date

GN 70029 01 08
Page 1 of 1

## C O M M O N   P O L I C Y   D E C L A R A T I O N S

```
                                 POLICY NO. 1417-180        RENEWAL
NAMED INSURED                    PRODUCER NAME AND ADDRESS
ROCK COSMOPOLITAN CHURCH         CLAUDE REYNOLDS INS AGCY INC
KIDZ UNIVERSITY LLC              6801 DIXIE HWY STE 232
ATTN DAVID PITTS                 LOUISVILLE         KY  40258
6210 POPLAR TREE CT
LOUISVILLE       KY   40228      16-517 (16 ) (502)933-2255
                                 WWW.ClaudeReynoldsInsAgency.GuideOne.com
```

POLICY PERIOD: FROM   04/16/2015   TO   04/16/2016
    AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

-------------------------------------------------------------------------
THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A
PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.
-------------------------------------------------------------------------
```
COMMERCIAL PROPERTY COVERAGE PART                      $     4,767.00
  FORMS APPLICABLE: CPO140/0706  CPO166/0900
  GCPO404/0409  GCPO444/0409  PCP2311/0409
  PCP4310/0396  PCP4314/0409  PCP7357/0409
-------------------------------------------------------------------------
COMMERCIAL GENERAL LIABILITY COVERAGE PART            $     1,959.78
  FORMS APPLICABLE:
          SEE COMMON POLICY DECLARATIONS SUPPLEMENT
-------------------------------------------------------------------------
COMMERCIAL CRIME COVERAGE PART                        $        73.50
  FORMS APPLICABLE: PCR2611/0396  PCR4610/0396
  PCR7601/0885
-------------------------------------------------------------------------
COMMERCIAL INLAND MARINE COVERAGE PART                $          .00
  FORMS APPLICABLE:
-------------------------------------------------------------------------
MECHANICAL, ELECTRICAL AND PRESSURE EQUIPMENT COVERAGE PART  $    .00
COVERAGE INCLUDED IN PROPERTY - SEE FORM PCP7357
-------------------------------------------------------------------------
  FORMS APPLICABLE TO MORE THAN ONE COVERAGE PART:
          SEE COMMON POLICY DECLARATIONS SUPPLEMENT
```

TOTAL PREMIUM INCL     $322.25 FOR KENTUCKY TAX  IN LOUISVILLE
TOTAL PREMIUM INCL     $33.03 FOR KY INSURANCE PREMIUM SURCHARGE.

TOTAL PREMIUM OF    $6,800.28.

COUNTERSIGNED  03/11/2015  BY _____
             (DATE)        (AUTHORIZED REPRESENTATIVE)

          ---------------------------------------

```
GuideOne Insurance              GuideOne Mutual
1111 ASHWORTH ROAD              Insurance Company
WEST DES MOINES, IOWA 50265-3538
(515) 267-5000
```

```
         C O M M O N   P O L I C Y   D E C L A R A T I O N S
                     S U P P L E M E N T
-----------------------------------------------------------------------

POLICY EFFECTIVE        04/16/2015              POLICY NO. 1417-180

NAMED INSURED    ROCK COSMOPOLITAN CHURCH
-----------------------------------------------------------------------
COVERAGE PART FORM SCHEDULE
-----------------------------------------------------------------------

COMMERCIAL GENERAL LIABILITY COVERAGE PART
 FORMS APPLICABLE:  CG0068/0509  CG2167/1204
  CG2170/0108  CG2176/0108  GCG0404/0409
  GCG2810/0409  GCG7410/0409  PCG2510/0409
  PCG7513/0799  PCG7517/0409  PCG7533/0409
  PMAN502

 FORMS APPLICABLE TO MORE THAN ONE COVERAGE PART:
  GIL4201/0409  GIL4220/0409  GN70029/0108
  IL0003/0908  IL0021/0908  IL0263/0908
  IL0952/0308  PIL7209/0790  PMAN-2

-----------------------------------------------------------------------
15% RISK MANAGEMENT CREDIT APPLIES TO THIS POLICY
```

03/11/2015                    FILE COPY              PJDL 71 00 07 89

G0EC0040

C O M M O N   P O L I C Y   S C H E D U L E S

POLICY EFFECTIVE        04/16/2015                    POLICY NO. 1417-180

NAMED INSURED    ROCK COSMOPOLITAN CHURCH
------------------------------------------------------------------------------
SCHEDULES
------------------------------------------------------------------------------


FORM PMAN-2
NAMED INSURED SCHEDULE


  THIS ENDORSEMENT CHANGES THE POLICY.  READ IT CAREFULLY.

  THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE
     COMMON POLICY CONDITIONS.

                              SCHEDULE

  THE FOLLOWING NAMED INSUREDS ARE INCLUDED ON THIS POLICY:
  ROCK COSMOPOLITAN CHURCH
  KIDZ UNIVERSITY LLC

03/11/2015              FILE COPY              PJDL 71 00 07 89

                                                              G0ECO040

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2009 GuideOne Insurance

DEF-000023

**F.  Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured. If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G.  Unintentional Errors Or Omissions**

Failure by you to disclose all hazards existing as of the inception date of the policy shall not prejudice you with respect to the coverage afforded by this policy, provided such failure or any omission is not intentional.

**H.  Knowledge Of An Occurrence**

It is understood and agreed that knowledge of an occurrence by your agent, or any servant or employee of yours, shall not in itself constitute knowledge by you, unless an executive officer of your corporation shall have received such notice from its agent, servant or employee.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2009 GuideOne Insurance

DEF-000024

# MUTUAL POLICY PROVISIONS

**GuideOne Mutual Insurance Company**          **GuideOne Specialty Mutual Insurance Company**

**Membership And Notice Of Annual Meeting**

Because this policy is issued by a mutual insurance company, you are a member of the Company issuing the policy while this policy is in force. While a member, you are entitled to one vote only - either in person or by proxy - at meetings of members of the Company.

| | |
|---|---|
| The Annual Meetings at **GuideOne Mutual Insurance Company** are held at its Home Office on the fourth Thursday of January in each year, at 10:00 a.m. | The Annual Meetings of **GuideOne Specialty Mutual Insurance Company** are held at its Home Office on the third Friday of January in each year, at 2:00 p.m. |

**Nonassessable Policy And Participation Clause**

This policy is nonassessable. You are not subject to contingent liability, nor liable to assessment.  As a member of the Company while this policy is in force, you shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of any dividends declared and applicable to coverages in your policy.

**Signatures**

This policy is signed at West Des Moines, Iowa on behalf of the Company by the President and Secretary of the Company.  It is countersigned, if required by law, on the Declarations by an authorized Agent of the Company.

GuideOne Mutual Insurance Company                    GuideOne Specialty Mutual Insurance Company

*James D. Wallace*                                   *James D. Wallace*

President                                            President

*Thomas C. Darr*                                     *Thomas C. Darr*

Secretary                                            Secretary

Copyright 2009 GuideOne Insurance

DEF-000025

Date:
Policyholder:
Corporate ID:
Policy Number:

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2007, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Under your existing coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States under a formula established by the Terrorism Risk Insurance Act, as amended.  However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.   Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced in accordance with procedures established by the Secretary of Treasury.

The portion of your annual premium that is attributable to coverage for acts of terrorism is .

You may reject the offer by checking the appropriate box and signing the statement below and returning it to us, and your policy will be endorsed to exclude the described coverage.

☐  I accept the offer for terrorism coverage as explained in this Notice.

☐  I reject the offer of terrorism for certified acts of terrorism as explained in this Notice. I understand that I am also rejecting certified terrorism coverage for any applicable Umbrella and/or Business Auto policy(s).

_____          _____
            Applicant's Signature                                    Date

GN 70029 01 08
Page 1 of 1

DEF-000026

# CALCULATION OF PREMIUM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

DEF-000027

# NUCLEAR ENERGY LIABILITY
# EXCLUSION ENDORSEMENT

**(Broad Form)**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

※ ISO Properties, Inc., 2007

DEF-000028

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

※ ISO Properties, Inc., 2007

DEF-000029

# KENTUCKY CHANGES -- CANCELLATION AND NONRENEWAL

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> FARM UMBRELLA LIABILITY POLICY
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(3)** Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

**(4)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

**(6)** We are unable to reinsure the risk covered by the policy; or

**(7)** A determination by the commissioner that the continuation of the policy would place us in violation of the Kentucky insurance code or regulations of the commissioner.

**b.** If we cancel this policy based on Paragraph **7.a.** above, we will mail or deliver a written notice of cancellation to the first Named Insured, stating the reason for cancellation, at least:

**(1)** 14 days before the effective date of the cancellation, if cancellation is for nonpayment of premium; or

※ ISO Properties, Inc., 2007

IL 02 63 09 08
Page 1 of 2

DEF-000030

**(2)** 75 days before the effective date of the cancellation, if cancellation is for any reason stated in **7.a.(2)** through **7.a.(7)** above.

**C.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

**1.** For the purpose of this Condition:

    **a.** Any policy period or term of less than 6 months shall be considered to be a policy period or term of six months; and

    **b.** Any policy period or term of more than one year or any policy with no fixed expiration date shall be considered a policy period or term of one year.

**2.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, at the last mailing address known to us, at least 75 days before the expiration date of the policy period.

**3.** If notice of nonrenewal is not provided pursuant to this Condition, coverage under the same terms and conditions shall be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium until you have accepted replacement coverage with another insurer, or until you have agreed to the nonrenewal.

**4.** If we mail or deliver a renewal notice to the first Named Insured at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

**5.** If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to the first Named Insured at his last known address a notice that the policy was not renewed and the date it was terminated.

**6.** If notice is mailed, proof of mailing is sufficient proof of notice.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

>BOILER AND MACHINERY COVERAGE PART
>COMMERCIAL INLAND MARINE COVERAGE PART
>COMMERCIAL PROPERTY COVERAGE PART
>EQUIPMENT BREAKDOWN COVERAGE PART
>FARM COVERAGE PART
>STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

※ ISO Properties, Inc., 2007

DEF-000032

# AMENDATORY DEDUCTIBLE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

All Coverage Parts included in this policy are subject to the following:

Except as provided in the next paragraph, if two or more coverages of this policy apply to loss or damage arising out of any one occurrence, we will pay for loss or damage that exceeds the largest single deductible of any coverage that applies to the loss or damage.  We will not pay more than the actual loss or damage.

This endorsement does not apply to **CAUSES OF LOSS — EARTHQUAKE FORM.**  If that form applies to this policy, its **DEDUCTIBLE** provision will apply to loss or damage caused by or resulting from **Earthquake** or **Volcanic Eruption.**

Copyright  1990  GuideOne  Insurance

DEF-000033

POLICY NUMBER:                                          COMMON POLICY CONDITIONS

# NAMED INSURED SCHEDULE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

     COMMON POLICY CONDITIONS

**SCHEDULE**

The following Named Insureds are included on this policy:

PMAN-2
Page 1 of 1

DEF-000034

```
              C O M M E R C I A L   G E N E R A L   L I A B I L I T Y
              C O V E R A G E   P A R T   D E C L A R A T I O N S   P A G E
```

POLICY EFFECTIVE        04/16/2015                    POLICY NO. 1417-180

NAMED INSURED   ROCK COSMOPOLITAN CHURCH
--------------------------------------------------------------------------
LIMITS OF INSURANCE
--------------------------------------------------------------------------

GENERAL AGGREGATE LIMIT                              $  3,000,000
(OTHER THAN PRODUCTS-COMPLETED OPERATIONS)
PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT        $  3,000,000
PERSONAL & ADVERTISING INJURY LIMIT                 $  1,000,000
EACH OCCURRENCE LIMIT                                $  1,000,000
DAMAGE TO PREMISES RENTED TO YOU LIMIT ANY ONE PREMISES  $  1,000,000
MEDICAL EXPENSE LIMIT                 ANY ONE PERSON  $      5,000
--------------------------------------------------------------------------
FORM OF BUSINESS:  ORGANIZATION (OTHER THAN PARTNERSHIP OR JOINT VENTURE)
--------------------------------------------------------------------------
LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:
--------------------------------------------------------------------------

     PREMISES ARE THE SAME AS SHOWN ON THE COMMERCIAL
     PROPERTY COVERAGE PART DECLARATIONS PAGE
--------------------------------------------------------------------------
CLASSIFICATIONS
--------------------------------------------------------------------------

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | EXPOSURE |
|----------------|----------|---------------|----------|
| STUDENT MEDICAL-<br>  DAY CARE CENTERS | 49980 | U | 20 |
| CHURCH ATHLETIC<br>  ACTIVITIES | 49992 | C | |
| LOSS OF LIFE | 49998 | C | |
| CHURCHES OR OTHER<br>  HOUSES OF WORSHIP | 41650 | A | 3,200 |
| DAY CARE CENTERS<br>  NOT OPERATED FOR<br>  PROFIT | 41716 | U | 20 |
| SCHOOLS -<br>  FACULTY LIABILITY<br>  CORPORAL PUNISHMENT | 47469 | U | 8 |
| BLDG/PREMISES-INSD<br>  MAINTAINED/LESSOR'S<br>  RISK- NOT FOR PROFIT | 61218 | A | 21,954 |
| SEXUAL MISCONDUCT<br>  LIABILITY | 49990 | C | |
| NON-OWNED AND<br>  HIRED AUTO | 49996 | C | |

```
PREMIUM BASIS: A-AREA  C-TOTAL COST  M-ADMISSIONS
               P-PAYROLL  S-GROSS SALES  U-UNITS OR EACH
                    CONTINUED ON THE NEXT PAGE
```

DEF-000035

COMMERCIAL GENERAL LIABILITY
COVERAGE PART DECLARATIONS PAGE

POLICY EFFECTIVE        04/16/2015                    POLICY NO. 1417-180

NAMED INSURED   ROCK COSMOPOLITAN CHURCH
-------------------------------------------------------------------------
CLASSIFICATIONS
-------------------------------------------------------------------------

|                    | CODE   | PREMIUM |          |
| CLASSIFICATION     | NO.    | BASIS   | EXPOSURE |
| KY SURCHARGE       | 99850  | C       |          |

PREMIUM BASIS: A-AREA  C-TOTAL COST  M-ADMISSIONS
               P-PAYROLL  S-GROSS SALES  U-UNITS OR EACH
-------------------------------------------------------------------------
ENDORSEMENT SCHEDULES
-------------------------------------------------------------------------


FORM GCG0404/0409
VIOLENT INCIDENT RESPONSE COVERAGE

              SCHEDULE

$   300,000  VIOLENT INCIDENT AGGREGATE LIMIT

$     2,500  INDIVIDUAL COUNSELING EXPENSES EACH PERSON LIMIT

$    50,000  MEDICAL EXPENSES EACH PERSON LIMIT

$   200,000  INDIVIDUAL EXPENSES AGGREGATE LIMIT

$   100,000  ORGANIZATIONAL EXPENSES AGGREGATE LIMIT

FORM GCG2810/0409
LEGAL EXPENSE REIMBURSEMENT COVERAGE

              SCHEDULE

$    15,000  EACH INCIDENT LIMIT

$    45,000  AGGREGATE LIMIT

$     1,000  DEDUCTIBLE




CONTINUED ON THE NEXT PAGE


03/11/2015                    FILE COPY                    PCG 75 00 04 09

GOECO080

DEF-000036

COMMERCIAL GENERAL LIABILITY
COVERAGE PART DECLARATIONS PAGE

POLICY EFFECTIVE        04/16/2015              POLICY NO. 1417-180

NAMED INSURED    ROCK COSMOPOLITAN CHURCH
-------------------------------------------------------------------------
ENDORSEMENT SCHEDULES
-------------------------------------------------------------------------


FORM GCG7410/0409
SEXUAL MISCONDUCT LIABILITY COVERAGE

                    SCHEDULE

$50,000          EACH CLAIM LIMIT

$100,000         AGGREGATE LIMIT

$   10,000       MEDICAL EXPENSE LIMIT

FORM PCG7513/0799
AMENDATORY ENDORSEMENT HIRED AND NONOWNED BUSINESS
AUTO COVERAGE-EXCESS LIABILITY & MEDICAL PYMTS INS

                    SCHEDULE

LIABILITY:
   THE LIMIT OF LIABILITY FOR ANY ONE "ACCIDENT" IS THE
   EACH OCCURRENCE LIMIT SHOWN IN THE DECLARATIONS.

MEDICAL PAYMENTS COVERAGE:
   THE LIMIT WE WILL PAY IN THE EVENT OF ANY ONE "ACCIDENT"
   IS $5,000. PER "INSURED".  THIS LIMIT IS EXCESS OVER ANY
   OTHER COLLECTIBLE AUTO MEDICAL PAYMENTS INSURANCE.

FORM PMAN502
AMENDED DEFINITION OF DAMAGES


THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE
FOLLOWING:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PROFESSIONAL LIABILITY COVERAGE
EMPLOYEE BENEFITS LIABILITY COVERAGE
COUNSELORS LIABILITY COVERAGE


CONTINUED ON THE NEXT PAGE


03/11/2015              FILE COPY              PCG 75 00 04 09

                                                          GDECO0RG

```
      C O M M E R C I A L   G E N E R A L   L I A B I L I T Y
      C O V E R A G E   P A R T   D E C L A R A T I O N S   P A G E


POLICY EFFECTIVE        04/16/2015                POLICY NO. 1417-180

NAMED INSURED   ROCK COSMOPOLITAN CHURCH
-----------------------------------------------------------------------------
ENDORSEMENT SCHEDULES
-----------------------------------------------------------------------------


FORM PMAN502
AMENDED DEFINITION OF DAMAGES

THE DEFINITION OF "DAMAGES" IS REPLACED BY THE FOLLOWING:
"DAMAGES" MEAN ONLY THOSE TORT DAMAGES ALLOWED BY LAW.
```

DEF-000038

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I -- Coverage A -- Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I -- Coverage B -- Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

DEF-000039

# FUNGI OR BACTERIA EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I -- Coverage A -- Bodily Injury And Property Damage Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I -- Coverage B -- Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

※ ISO Properties, Inc., 2003

CG 21 67 12 04
Page 1 of 1

DEF-000040

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism

Risk Insurance Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

DEF-000041

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act.

The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

※ ISO Properties, Inc., 2007

CG 21 76 01 08
Page 1 of 1

DEF-000042

# VIOLENT INCIDENT RESPONSE COVERAGE

## COVERAGE VR VIOLENT INCIDENT RESPONSE COVERAGE

Various provisions in this document restrict coverage. Read this document and the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this document the words "you" and "your" refer strictly to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured within Section **II** -- Who Is An Insured of Coverage **VR**. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** -- Who Is An Insured of Coverage **VR**.

Other words and phrases that appear in quotation marks have special meaning. Refer to both Section **V** -- Definitions of the Commercial General Liability Coverage Form, and the other definitions provided herein which are unique and specific to Coverage **VR**.

### SECTION I -- COVERAGES

Coverage **VR** is merged within and is a comprised part of the Commercial General Liability Coverage Form. The coverage provided by Coverage **VR** is distinct and separate from any other coverage provided by or within Section **I** -- Coverages of the Commercial General Liability Coverage Form.

### COVERAGE VR VIOLENT INCIDENT RESPONSE COVERAGE

#### 1. Insuring Agreement

   **a.** At your request, we will pay those Covered Expenses described in Paragraph **b.** immediately below, that result from a "violent incident" that occurs during your "sponsored activity". We will pay such Covered Expenses under Coverage **VR** only if:

     **(1)** The "violent incident" takes place in the "coverage territory" and during the policy period; and

     **(2)** Covered Expenses resulting from the "violent incident" are incurred and reported as soon as practicable.

However, the amount we pay for Covered Expenses is limited in Section **III** -- Limits of Insurance -- Coverage **VR**.

   **b. Covered Expenses**

     **(1)** Subject to the Individual Expenses Aggregate Limit under Section **III** -- Limits of Insurance, Covered Expenses for any one person include:

       **(a)** Medical expenses up to $50,000 per person for medical expenses that would otherwise be covered under Section **I** -- Coverage **C.** Medical Payments of this policy. However, we will not pay for any funeral expenses under Coverage **VR**.

       Medical expenses for a "violent incident" must be incurred and reported to us within one year of the "violent incident".

       Medical payments made under Coverage **VR** are excess over any other medical coverage that is available or payable under this policy, or any other policy, issued by us; and

       **(b)** Individual counseling expenses incurred within 6 months after the "violent incident", for any "victim", "immediate family member" of a "victim", or any "witness", up to $2,500 for each person.

     **(2)** Subject to the Organizational Expenses Aggregate Limit under Section **III** -- Limits of Insurance, Covered Expenses include:

       **(a)** Group counseling services to meet with "employees" or members of your organization;

       **(b)** Additional security guard services to guard your facility against further incidents of violence; and

Copyright 2009 GuideOne Insurance

DEF-000043

(c) Any independent public relations services that you hire, and related media and communication costs.

Covered Expenses must be incurred within 60 days after the "violent incident", or within 30 days before or 30 days after the first anniversary of the "violent incident".

## 2. Exclusions

The following Exclusions are unique to Coverage **VR**. For purposes of Coverage **VR**, none of Paragraph **2.** Exclusions of Coverage **C.** Medical Payments of the Commercial General Liability Coverage Form is incorporated by reference and shall not be relied upon in determining the exclusions applicable to Coverage **VR**.

This insurance does not apply to:

### a. Biological Or Chemical Materials

The dispersal, release or application of pathogenic, poisonous, biological, or chemical materials.

### b. Expected Or Intended Injury

Any expected or intended injury except:

**(1)** From the standpoint of the perpetrator;

**(2)** In self-defense; or

**(3)** In defense of another person who is not the perpetrator.

### c. Government Services

The cost of any services provided by a governmental entity.

### d. Nuclear Materials

The use, release or escape of nuclear materials that, directly or indirectly, results in a nuclear reaction, radiation, or radioactive contamination.

### e. Perpetrator

Expenses incurred by any perpetrator of, or any person participating in the planning or execution of, any "violent incident".

### f. Sexual Misconduct

Any expenses incurred by any person arising out of or resulting from any actual or alleged "sexual misconduct or sexual molestation".

### g. War Or Civil Commotion

Any expenses arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents;

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** Any act or condition incidental to an activity or event described in Paragraphs **(1)** through **(3)** immediately above.

### h. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### i. Employer's Liability

"Bodily injury" to an "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business.

## SECTION II -- WHO IS AN INSURED -- COVERAGE VR

For purposes of Coverage **VR**, Section **II** -- Who Is An Insured of the Commercial General Liability Coverage Form is incorporated by reference.

Copyright 2009 GuideOne Insurance

DEF-000044

**SECTION III -- LIMITS OF INSURANCE -- COVERAGE VR**

The following Limits of Insurance provisions are unique to Coverage **VR**.  For purposes of Coverage **VR**, none of Section **III** -- Limits of Insurance of the Commercial General Liability Coverage Form is incorporated by reference and shall not be relied upon in determining the limits of available coverage.

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay for the sum of all Covered Expenses that arise out of a "violent incident", regardless of the number of:

    **a.** Insureds;

    **b.** Claims made;

    **c.** Persons or organizations making claims;

    **d.** Perpetrators; or

    **e.** Policy periods over which the "violent incident" occurs.  If the "violent incident" occurs over more than one policy period, the Limits of Insurance applicable when the "violent incident" first began will apply.

**2.** The Violent Incident Aggregate Limit shown in the Declarations is the most we will pay for the sum of all Covered Expenses arising out of all "violent incidents".

**3.** Subject to Paragraph **2.** above, the Organizational Expenses Aggregate Limit shown in the Declarations is the most we will pay for the sum of all Covered Expenses described in Paragraphs **(2)(a)** through **(2)(c)** of **1.b.** Covered Expenses (Section **I**) and arising out of a "violent incident".

**4.** Subject to Paragraph **2.** above, the Individual Expenses Aggregate Limit shown in the Declarations is the most we will pay for the sum of all Individual Expenses described in Paragraphs **(1)(a)** and **(1)(b)** of **1.b.** Covered Expenses (Section **I**) and arising out of a "violent incident".

**5.** Covered Expenses will be paid in the order that they are received by us until the applicable per person limit, Individual Expenses Aggregate, Organizational Expenses Aggregate or Violent Incident Aggregate is reached, at which time payment will cease.

**6.** If two or more policies or Coverages issued by us apply to the same insured and these policies or Coverages also apply to the same claim or "suit", the maximum amount we will pay as "damages" under all of the policies or Coverages will not exceed the highest applicable Limit of Insurance that applies to any one of the policies or Coverages.

This Paragraph **6.** does not apply to any insurance that was purchased specifically to apply in excess of the applicable Limits of Insurance shown in the Declarations.

**SECTION IV -- CONDITIONS -- COVERAGE VR**

The following conditions are unique to Coverage **VR**.  The remainder of Section **IV** -- Conditions of the Commercial General Liability Coverage Form is incorporated by reference.  The conditions and duties provided herein will supersede those contained in Paragraphs **2.** and **4.** of Section **IV** -- Conditions of the Commercial General Liability Coverage Form.

**1.** **Duties In The Event Of A Violent Incident**

    **a.** You must notify us as soon as practicable of any "violent incident" which may result in payment of Covered Expenses.  To the extent possible, notice should include:

        **(1)** How, when and where the "violent incident" took place;

        **(2)** The names and addresses of any "victims", "witnesses" or other persons of interest; and

        **(3)** The nature and location of any injury or damage arising out of the "violent incident".

    **b.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**2.** **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **VR**, our obligations are limited as follows:

Copyright 2009 GuideOne Insurance

DEF-000045

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is medical payments coverage; or

**(b)** That provides "violent incident" or similar coverage.

**(2)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in absence of Coverage **VR**; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(3)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the applicable Limits of Insurance shown in the Declarations.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first. If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**SECTION V -- DEFINITIONS -- COVERAGE VR**

The following words or phrases have a specific and unique meaning to Coverage **VR**. The remainder of Section **V** -- Definitions of the Commercial General Liability Coverage Form is incorporated by reference. Certain definitions contained within Section **V** -- Definitions of the Commercial General Liability Coverage Form may be reproduced for ease of reference in this document. The definitions provided herein will supersede the corresponding definitions contained within Section **V** of the Commercial General Liability Coverage Form.

Where set forth in quotation marks in this document, the following words or phrases, whether used in the singular or plural, shall have the meanings specified below.

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in aggregate losses in excess of $5 million in the aggregate; attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infra-structure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Critical injury" means:

**a.** Death of a person;

**b.** Injury to a person involving significant damage to one or more vital organs; or

**c.** Other serious physical injury, if such injury results in the probability of death if aggressive medical treatment is not provided.

"Critical injury" does not include emotional or mental injury.

Copyright 2009 GuideOne Insurance

GCG 04 04 04 09

DEF-000046

3. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

4. "Hostage situation" means a situation in which persons are held captive and restrained by someone who threatens to inflict "critical injury", and the circumstances cause a reasonable adult to conclude the captives are at risk of "critical injury".

5. "Immediate family member" means a legal spouse, parent, child, sibling, grandparent, or other family member residing in the home of the "victim".   Foster parents, foster children or other persons related by marriage or legal adoption are also included in immediate family.

6. "Sponsored activity" means any activity or event, organized physically or financially by you.

7. "Victim" means any person upon whom a "critical injury" is inflicted, or who is held in a "hostage situation", arising from a "violent incident".

8. "Violent incident" means:

a. An incident of violence that is caused by an intentional criminal act or a series of related intentional criminal acts (including, but not limited to, a bombing or a shooting) that results in one or more persons, excluding the perpetrator(s), sustaining "critical injury"; or

b. A "hostage situation".

Any and all related acts associated with Paragraphs **a.** and **b.** immediately above will be considered one "violent incident" regardless of the time in which the events occur or the location of events.   A "violent incident" with multiple events shall be deemed to occur at the time of the first related "violent incident".

However, "violent incident" does not mean:

a. The written or verbal threat of carrying out an event described in Paragraphs **a.** and **b.** immediately above; or

b. A "certified act of terrorism".

9. "Witness" means any person who is at the physical location of, and personally observes, a "violent incident".

Copyright 2009 GuideOne Insurance

DEF-000047

# LEGAL EXPENSE REIMBURSEMENT COVERAGE

## COVERAGE LR LEGAL EXPENSE REIMBURSEMENT COVERAGE

Various provisions in Coverage **LR** restrict coverage. Read this document and the entire policy carefully to determine your rights, duties and what is and is not covered.

Throughout this document, the words "you" and "your", whether appearing in quotation marks or not, refer strictly to the Named Insured shown in the Declarations and any other person or organization qualifying or designated as a Named Insured within Section **II** -- Who Is An Insured -- Coverage **LR**. The words "we", "us" and "our" refer to the Company providing this coverage.

The word "insured" is limited and means any person or organization qualifying as such under Section **II** -- Who Is An Insured -- Coverage **LR**.

Other words and phrases that appear in quotation marks have special meaning. Refer to both Section **V** -- Definitions of the Commercial General Liability Coverage Form, and the other definitions provided herein which are unique and specific to Coverage **LR**.

### SECTION I -- COVERAGES -- COVERAGE LR

Coverage **LR** is merged within and is a comprised part of the Commercial General Liability Coverage Form. The coverage provided by Coverage **LR** is distinct and separate from any other coverage provided under the Commercial General Liability Coverage Form.

### COVERAGE LR LEGAL EXPENSE REIMBURSEMENT COVERAGE

1. **Insuring Agreement**

    a. We will reimburse those "legal expenses" incurred by the insured that arise out of a "suit" to which this insurance applies.

    b. Our obligation is limited to paying "legal expenses" only if you or any affected insured are named as defendants in a "suit";

    provided that:

    (1) The "suit" results from a "reimbursable incident" that occurs in the "coverage territory" and during the policy period; and

    (2) The "legal expenses" are incurred and reported within one year of the date of the "reimbursable incident".

2. **Exclusions**

    a. We will not reimburse any "legal expenses", regardless of when incurred:

    (1) If the "legal expenses" are paid or are obligated to be paid under any other contract of insurance.

    This provision applies whether or not the defense, being undertaken under a contract of insurance, is subject to a Reservation of Rights or a Non-waiver Agreement or is being done gratuitously.

    (2) If the "legal expenses" are paid or are obligated to be paid by any person, association of persons, or entity, including but not limited to any legal services plan or benefit.

    b. We will not reimburse any "legal expenses" arising out of or attributable to:

    (1) Any "suit" or dispute between any insured and us.

    (2) Any dispute between insureds.

    (3) "Sexual misconduct or molestation" or "sexual harassment".

    (4) The rendering of, or failure to render, any professional services.

### SECTION II -- WHO IS AN INSURED -- COVERAGE LR

Section **II** -- Who Is An Insured of the Commercial General Liability Coverage Form is incorporated by reference.

**SECTION III -- LIMITS OF INSURANCE AND DEDUCTIBLE -- COVERAGE LR**

The following Limits of Insurance provisions are unique to Coverage **LR**. For purposes of this Coverage, none of Section **III** -- Limits Of Insurance of the Commercial General Liability Coverage Form is incorporated by reference and shall not be relied upon in determining the limits of available coverage.

1. The Limits of Insurance shown in the Declarations for Coverage **LR** and the rules below fix the most we will pay regardless of the number of:

    a. Insureds;

    b. "Suits" brought;

    c. Persons or organizations bringing "suits" ; or

    d. Policies involved.

2. The Legal Expense Reimbursement Aggregate Limit is the most we will pay as reimbursement of the sum of all "legal expenses" incurred as a result of all "suits" brought or filed against an insured within the policy period, regardless of when such "suits" are actually concluded.

3. Subject to Paragraph **2.** above, the Legal Expense Reimbursement Each Incident Limit is the most we will pay as reimbursement of the sum of all "legal expenses" incurred as a result of all "suits" brought or filed against any insured for any one "reimbursable incident".

4. **Deductible**

    Our obligation for the reimbursement of "legal expenses", as described in Paragraphs **1.**, **2.** and **3.** immediately above, applies only to the amount of "legal expenses" in excess of the applicable deductible for each "suit" , shown in the Declarations. In the event no deductible amount is shown in the Declarations, the deductible is $1,000 for each "suit". The limits of insurance shall not be reduced by the amount of this deductible.

5. No person shall be entitled to receive duplicate payments for the insurance granted in Coverage **LR** and any other Coverage form or endorsement issued by us or any other organization.

The Limits of Insurance of Coverage **LR** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV -- CONDITIONS -- COVERAGE LR**

The following conditions are unique to Coverage **LR**. The remainder of Section **IV** -- Conditions of the Commercial General Liability Coverage Form is incorporated by reference. The conditions and duties described in Paragraph **2.** herein will supersede those contained in Paragraph **2.** of Section **IV** -- Conditions of the Commercial General Liability Coverage Form.

1. **Duty To Investigate Or Defend**

    We have no duty or right to investigate or defend any "suit" brought against you to which this coverage applies.

2. **Duties In The Event Of A Reimbursable Incident Or Suit**

    a. You must see to it that we are notified as soon as practicable of your becoming aware of any "reimbursable incident" that may result in a "suit" to which this coverage applies. To the extent possible, notice should include:

        (1) The nature of the "reimbursable incident"; and

        (2) How, when and where the "reimbursable incident" took place.

    b. If "suit" is brought against the insured, you must:

        (1) Notify us as soon as practicable of the "suit" brought against the insured and provide us with all documents related to the incident.

        (2) As soon as practicable, provide us written notice of the "suit". This notice should include the nature of the "suit" and how, when and where the "reimbursable incident" took place.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2009 GuideOne Insurance

GCG 28 10 04 09

DEF-000049

**(3)** Provide us the name, address and other information sufficient to identify the attorney or firm who will be defending you in the "suit".

**3. Attorney Selection**

We have no duty or right to choose an attorney for you. You have the duty and right to choose your own attorney. However, your attorney must be licensed to provide legal services. We have no duties, rights or responsibilities regarding the attorney you choose.

**4. Two or More Policies**

If two or more policies issued by us include Coverage **LR** that applies to the same insured and these policies also apply to the same "defensible incident", the maximum amount we will pay as reimbursement of "legal expenses" under all the policies will not exceed the highest applicable Limit of Insurance for Coverage **LR** that applies to any one of the policies.

**SECTION V -- DEFINITIONS -- COVERAGE LR**

The following words or phrases have a specific and unique meaning to Coverage **LR**. The remainder of Section **V** -- Definitions of the Commercial General Liability Coverage Form is incorporated by reference. Certain definitions contained within Section **V** -- Definitions of the Commercial General Liability Coverage Form may be reproduced for ease of reference in this document. The definitions provided herein will supersede the corresponding definitions contained in Section **V** -- Definitions of the Commercial General Liability Coverage Form.

**1.** "Alternative dispute resolution" includes, but is not limited to: negotiation, mediation, arbitration, or summary jury trials.

**2.** "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

**3.** "Damages" means compensatory tort or punitive damages allowed by law.

**4.** "Legal expenses" means and is limited to reasonable and necessary attorney fees, expenses, court costs and the cost of appeal bonds that are directly related to defending "suits" against the insured or any affected insured. "Legal expenses" do not include the amounts of any "damages". "Legal expenses" do not include any retainer fees.

**5.** "Reimbursable incident" means a single or series of interrelated continuing actual or alleged: acts, errors or omissions of the insured; all of which together constitute a single reimbursable incident. However, "reimbursable incident" does not include any deliberate acts, errors or omissions for purposes of causing a "suit" to be initiated or filed against you.

**6.** "Suit" means any:

**a.** Proceeding in a civil court to recover "damages" or other equitable relief to which this coverage applies;

**b.** Proceeding any insured must attend as a result of an administrative agency action; or

**c.** "Alternative dispute resolution".

All "suits", counterclaims, countersuits, amended complaints or similar proceedings related to the same "reimbursable incident" shall be considered one "suit".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2009 GuideOne Insurance

DEF-000050

# SEXUAL MISCONDUCT LIABILITY COVERAGE

### COVERAGE SL SEXUAL MISCONDUCT LIABILITY AND COVERAGE SP MEDICAL PAYMENTS

Various provisions in Coverages **SL** and **SP** restrict coverage. Read this document and the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this document the words "you" and "your" refer strictly to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured within Section **II** -- Who Is An Insured -- Coverages **SL** and **SP**. The words "we", "us" and "our" refer to the company providing this Coverage.

The word "insured" is limited and means any person or organization qualifying as such under Section **II** -- Who Is An Insured -- Coverages **SL** and **SP**.

Other words and phrases that appear in quotation marks have special meaning. Refer to both Section **V** -- Definitions of the Commercial General Liability Coverage Form, and the other definitions provided herein which are unique and specific to Coverages **SL** and **SP**.

## SECTION I -- COVERAGES

Coverages **SL** and **SP** are merged within and are a comprised part of the Commercial General Liability Coverage Form. The coverages provided by Coverages **SL** and **SP** are distinct and separate from any other coverage provided by or within Section **I** -- Coverages of the Commercial General Liability Coverage Form.

## COVERAGE SL SEXUAL MISCONDUCT LIABILITY

### 1. INSURING AGREEMENT

**a.** We will pay those sums that the insured becomes legally obligated to pay as "damages" because of "injury" arising out of or resulting from a "sexual misconduct occurrence" to which Coverage **SL** applies. We will have the right and duty to defend the insured against any "suit" seeking those "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" to which Coverage **SL** does not apply. We may, at our discretion, investigate any "sexual misconduct occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for "damages" is limited as described in Section **III** -- Limits Of Insurance -- Coverages **SL** and **SP**; and

**(2)** Our duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **SL**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **3.** Supplementary Payments.

**b.** This Coverage applies to "injury" only if:

**(1)** The "injury" is caused by a "sexual misconduct occurrence" that takes place in the "coverage territory"; and

**(2)** The first act of a "sexual misconduct occurrence" first commences during the policy period.

**c.** Coverage **SL** does not apply to claims made or "suits" brought against any person who actually or personally participates in, directs or knowingly allows to take place any act of "sexual misconduct or sexual molestation". We shall have no obligation or duty to investigate, defend, settle or pay judgments on behalf of any such person as described in this paragraph.

### 2. EXCLUSIONS

The insurance granted by this Coverage shall not apply to:

**a. Participation In Sexual Misconduct Or Sexual Molestation**

Any person who actually or personally participated in, directed, or knowingly allowed any act of "sexual misconduct or sexual molestation". We shall have no duty to investigate, defend or settle any claim or "suit" brought against any such person as described in this paragraph.

**b.   Criminal Or Penal Regulation Or Statute**

The cost of defense of, or the cost of paying any fines for, any person resulting from any actual or alleged violation of any criminal or penal regulation or statute.

**c.   Breach Of Contract**

Any claim arising out of a breach of contract.

**d.   Contractual Liability**

Any claim for which the insured is obligated to pay "damages" because of the assumption of the tort liability of another party in a contract or agreement. This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

**e.   Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**f.   Employer's Liability**

Any "injury" to:

**(1)** An "employee" of the insured arising out of or in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share "damages" with or repay someone else who must pay "damages" because of the "injury".

**g.   Exemplary Or Punitive Damages**

Any exemplary or punitive damages, multiplied damages, fines or penalties.

**h.   Ecclesiastical Liability**

Any claim or "suit" based upon, attributable to, or arising out of any ecclesiastical law, statute, canon, rule, or regulation.

**i.   Acts Occurring Between Family Members**

Any claim arising out of "sexual misconduct or sexual molestation" occurring between "family members".

**3.   SUPPLEMENTARY PAYMENTS**

The following supplementary payments are unique to Coverage **SL**. For purposes of Coverage **SL**, none of Section **I** -- Supplementary Payments -- Coverages **A** and **B** of the Commercial General Liability Coverage Form is incorporated by reference and shall not be relied upon in determining the supplementary payments made under Coverage **SL**.

We will pay, with respect to any claim we investigate or settle or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**c.** All court costs taxed against the insured in a "suit". However, these payments do not include plaintiff attorneys' fees or plaintiff attorneys' expenses taxed against the insured.

**d.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance under Coverage **SL**.

Copyright 2009 GuideOne Insurance

DEF-000052

**COVERAGE SP MEDICAL PAYMENTS**

**1. INSURING AGREEMENT**

    **a.** We will pay medical and counseling expenses because of "injury" arising out of a "sexual misconduct occurrence" to which this insurance applies provided that:

        **(1)** The "injury" is caused by a "sexual misconduct occurrence" that "first commences" in the "coverage territory" and during the policy period;

        **(2)** The expenses are incurred and reported to us within one year from the date of "injury"; and

        **(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

    **b.** We will pay reasonable expenses for necessary professional services for treatment of "injury" resulting from a "sexual misconduct occurrence", regardless of fault. These payments will not exceed the Sexual Misconduct Medical Payments limit of insurance.

    The payment of such expenses is not an admission of liability under this policy.

**2. EXCLUSIONS**

    We will not pay medical and counseling expenses for "injury" which is excluded under Paragraph **2.** Exclusions of Coverage SL Sexual Misconduct Liability.

**SECTION II -- WHO IS AN INSURED -- COVERAGES SL AND SP**

The following provisions are unique to Coverages **SL** and **SP**. For purposes of Coverages **SL** and **SP**, Paragraph **1.** of Section **II** -- Who Is An Insured of the Commercial General Liability Coverage Form is incorporated by reference. None of the remaining provisions of Section **II** -- Who Is An Insured of the Commercial General Liability Coverage Form apply to Coverages **SL** and **SP** and shall not be relied upon in determining who is an insured under Coverages **SL** and **SP**.

For purposes unique to Coverages **SL** and **SP**:

**1.** Your "volunteer workers" only while performing duties related to the conduct of your business or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company) are also an insured, but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for "sexual misconduct or sexual molestation" that results in "injury":

    **a.** To you, to your partners or members of a joint venture (if you are a partnership or joint venture), to your members of a limited liability company (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

    **b.** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **1.a.** above; or

    **c.** For which there is any obligation to share "damages" with or repay someone else who must pay "damages" because of the "injury" described in Paragraphs **1.a.** or **1.b.** above.

**2.** Regardless of any provision to the contrary, the following is not an insured:

    **a.** Any person who actually or personally participated in, directed, or knowingly allowed any act of "sexual misconduct or sexual molestation". Furthermore, we shall have no duty to investigate, defend or settle any claim or "suit" brought against any such person as described in this paragraph.

    **b.** Any person or organization with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III -- LIMITS OF INSURANCE -- COVERAGES SL AND SP**

The following Limits of Insurance provisions are unique to Coverages **SL** and **SP**. For purposes of Coverages **SL** and **SP**, none of Section **III** --

Copyright 2009 GuideOne Insurance

DEF-000053

Limits Of Insurance of the Commercial General Liability Coverage Form is incorporated by reference and shall not be relied upon in determining the limits of available coverage under Coverages **SL** and **SP**.

**1.** Our obligation to pay "damages" for any one "sexual misconduct occurrence" is the Sexual Misconduct Liability Each Claim Limit shown in the Declarations. All claims for "damages" because of "injury" arising out of a "sexual misconduct occurrence" including "damages" claimed by all persons or organizations for care, loss of services, or death resulting at any time from the "sexual misconduct occurrence", shall be considered one "sexual misconduct occurrence".

Our total obligation for all "damages" covered by Coverage **SL** is the Sexual Misconduct Liability Aggregate Limit shown in the Declarations regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought;

**c.** Persons or organizations making claims or bringing "suits";

**d.** Policies involved; or

**e.** "Sexual misconduct occurrences".

**2.** The Sexual Misconduct Medical Expense Limit shown in the Declarations is the most we will pay for all medical and counseling expenses because of "injury" arising out of a "sexual misconduct occurrence", regardless of:

**a.** The number of claims, claimants, persons acted upon, or injured persons;

**b.** The number of incidents or locations involved;

**c.** The period of time during which the acts of "sexual misconduct or sexual molestation" took place; or

**d.** When "damages" are sustained.

The Sexual Misconduct Medical Expense Limit available is the Sexual Misconduct Medical Expense Limit in force at the time the first act of "sexual misconduct or sexual molestation" first commences.

**3.** When we have used up the limits described herein by paying settlements or judgments,

we will have no further duty to defend any claims or "suits", whether pending at that time or started afterwards.

**4.** If two or more policies or Coverages issued by us apply to the same insured and these policies or Coverages also apply to the same claim or "suit", the maximum amount we will pay as "damages" under all of the policies or Coverages will not exceed the highest applicable Limit of Insurance that applies to any one of the policies or Coverages.

This condition does not apply to any insurance that was purchased specifically to apply in excess of the applicable Limits of Insurance shown in the Declarations.

**SECTION IV -- CONDITIONS -- COVERAGE SL**

The following conditions are unique to Coverage **SL**. The remainder of Section **IV** -- Conditions of the Commercial General Liability Coverage Form is incorporated by reference. The conditions and duties provided herein will supersede those contained in Paragraphs **2.** and **4.** of Section **IV** -- Conditions of the Commercial General Liability Coverage Form.

**1. Duties In The Event Of An Occurrence, Claim Or Suit**

Consistent with the Insuring Agreement contained within Coverage **SL**:

**a. Occurrence Or Incident Reporting**

You must see to it that we are notified, by the means and methods determined by us, within thirty (30) days of the date you become aware of any "sexual misconduct occurrence", incident or circumstance which may reasonably be expected to result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "sexual misconduct occurrence", incident or circumstance took place; and

**(2)** The names and addresses of any injured persons and witnesses.

**b. Claim Reporting**

If a claim or "suit" is received by any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

Copyright 2009 GuideOne Insurance

DEF-000054

**(2)** Promptly notify us.

You must see to it that we receive prompt written notice of the claim or "suit".

**c.   Other Duties**

You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the "sexual misconduct occurrence", claim or "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "injury" or "damages" to which this insurance may also apply.

**d.   No Voluntary Payments**

No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**2.   Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **SL**, our obligations are limited as follows:

**a.   Primary Insurance**

This insurance is primary except when stated to apply in excess of, or contingent upon the absence of other insurance and **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.   Excess Insurance**

When this insurance is excess, we will have no duty to defend any claim or "suit" that any other insurer has a duty to

defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that was not bought specifically to apply in excess of the applicable Limits of Liability shown in the Declarations.

**c.   Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or until none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**SECTION V -- DEFINITIONS -- COVERAGES SL AND SP**

The following words or phrases have a specific and unique meaning to Coverages **SL** and **SP**. The remainder of Section **V** -- Definitions of the Commercial General Liability Coverage Form is incorporated by reference. Certain definitions contained within Section **V** -- Definitions of the Commercial General Liability Coverage Form may be reproduced for ease of reference in this document. The definitions provided herein will supersede the corresponding definitions contained in Section **V** of the Commercial General Liability Coverage Form.

**1.** "Coverage territory" means anywhere in the world provided that the claim is made, and any "suit" that may arise therefrom is filed, within the United States of America (including

Copyright 2009 GuideOne Insurance

DEF-000055

its territories and possessions), Puerto Rico or Canada.

2. "Damages" mean only those compensatory tort damages allowed by law.

3. "Family members" means persons who are:

   **a.** Legally married to each other; or

   **b.** Related by blood or legal adoption, limited to the following kindred: parents, children, siblings, grandparents and grandchildren.

   "Family members" includes wards or foster children of persons described in **a.** or **b.** above.

4. "Injury" means "bodily injury", sickness or disease, including death resulting from any of these at any time, mental anguish or emotional distress.

5. "Sexual harassment" means unwelcome sexual advances, requests for sexual favors, or other verbal, visual or physical conduct of a sexual nature when such conduct:

   **a.** Is linked implicitly or explicitly with a decision affecting a term or condition of any individual's employment;

   **b.** Interferes with any individual's job performance;

   **c.** Creates an intimidating, hostile or offensive working environment for any individual; or

   **d.** Arises out of or is related to an unlawful employment practice as codified at 42 U.S.C.A. ※ 2000e-2(a), or any pendent State, municipal or local code, regulation or ordinance.

6. "Sexual misconduct occurrence" means a single act, or multiple, continuous, repeated, sporadic or related acts of "sexual misconduct or sexual molestation" by one person, or two or more persons acting together, or any breach of duty causing or contributing to such acts, or any defamation or slander arising out of or resulting from any actual or alleged act of "sexual misconduct or sexual molestation".

In determining our liability under Coverage **SL**, all acts of "sexual misconduct or sexual molestation" by one person, or two or more persons acting together, or any breach of duty causing or contributing to such acts, or any defamation or slander arising out of or resulting from any actual or alleged act of "sexual misconduct or sexual molestation" will be deemed and construed as one "sexual misconduct occurrence" and one claim, regardless of:

**a.** The number of claims, claimants, persons acted upon, or injured persons;

**b.** The number of incidents or locations involved;

**c.** The period of time during which the acts of "sexual misconduct or sexual molestation" took place; or

**d.** When "damages" are sustained.

7. "Sexual misconduct or sexual molestation" means any activity which is sexual in nature (whether permitted or not permitted); and includes, but is not limited to: sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, sexual stimulation, fondling, intimacy, exposure of sexual organs, lewd or lascivious behavior or indecent exposure, fornication, unauthorized touching, or the photographic, video or other reproduction of sexual activity.

However, "sexual misconduct or sexual molestation" does not include "sexual harassment".

8. "Suit" means a civil proceeding in which "damages" because of "sexual misconduct or sexual molestation" to which Coverage **SL** applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such "damages" are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent.

Copyright 2009 GuideOne Insurance

DEF-000056

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**FAITHGUARD**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer strictly to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** -- Who Is An Insured.

The word "damages", whether appearing in quotation marks or not, shall have the special meaning described in Section **V** -- Definitions.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** -- Definitions.

## SECTION I -- COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as "damages" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        **(1)** The amount we will pay for "damages" is limited as described in Section **III** -- Limits Of Insurance; and

        **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments -- Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** -- Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** -- Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** -- Who Is An Insured or any "employee" authorized by you to give or

receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for "damages" because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** "Damages" because of "bodily injury" include "damages" claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f.** "Damages" because of "bodily injury" includes incidental medical malpractice "damages" sustained because of the administration of or failure to administer first aid including the use of automated external defibrillators.

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay "damages" by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for "damages":

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the

purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be "damages" because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which "damages" to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any

insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2009 GuideOne Insurance

DEF-000059

with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for "damages" because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for "damages" because of "property damage" that the insured would have in the absence of such request, demand,

order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to or hired by any insured. Use includes operation and "loading or unloading". Hired includes any contract to furnish transportation of pupils to and from school.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Any length; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or

financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage"

arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, explosion, smoke or leaks from automatic fire protective systems) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III -- Limits Of Insurance.**

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

"Damages" claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

"Damages" arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data

processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**r. Additional Exclusions**

"Bodily injury" or "property damage" excluded under Additional Exclusions -- Coverages **A**, **B** and **C**.

Exclusions **c.** through **n.** do not apply to damage to premises while rented to you or temporarily occupied by you with permission of the owner, when such damage is caused by fire, explosion, smoke or leaks from automatic fire protective systems. A separate limit of insurance applies to this coverage as described in Section **III --** Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as "damages" because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for "damages" is limited as described in Section **III --** Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments -- Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion

does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods -- Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a., b.** and **c.** of "personal and advertising injury" under the Definition Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting. This exclusion does not apply to publishing, broadcasting or telecasting that is incidental to your business.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom, blog or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for "damages" because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

q. **Workers' Compensation And Similar Laws**

"Personal and advertising injury" arising out of any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

r. **Employer's Liability**

"Personal and advertising injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a

consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**s.  Additional Exclusions**

"Personal and advertising injury" excluded under Additional Exclusions -- Coverages **A**, **B** and **C**.

## COVERAGE C MEDICAL PAYMENTS

**1.  Insuring Agreement**

**a.**  We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)**  On premises you own or rent;

**(2)**  On ways next to premises you own or rent; or

**(3)**  Because of your operations;

provided that:

**(a)**  The accident takes place in the "coverage territory" and during the policy period;

**(b)**  The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)**  The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.**  We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)**  First aid administered at the time of an accident;

**(2)**  Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)**  Necessary ambulance, hospital, professional nursing and funeral services.

**c.**  When the "bodily injury" is caused by an accident that results from practicing, instructing or participating in any physical exercises or games, sports or athletic contests, whether on a formal or informal basis, we will pay medical expenses on an excess payment basis. Our obligations for payment under excess insurance are explained in Paragraph **4.b.(1)(c)** Other Insurance under Section **IV --** Commercial General Liability Conditions**.**

**d.**  When a covered "bodily injury" to a claimant results in loss of life within one year from the date of the accident, at your option, we will pay up to $10,000 per person. We will pay this amount in addition to any payments under Paragraphs **a., b.** and **c.** of this Insuring Agreement.

Our obligation for payment shall be to:

**(1)**  The parent or guardian if the deceased was a minor;

**(2)**  The surviving spouse, if any; or

**(3)**  A person authorized by law, or legally entitled, to receive such payment.

**2.  Exclusions**

We will not pay expenses for "bodily injury":

**a.  Any Insured**

To any insured, except "volunteer workers" and any persons designated as an insured under Paragraph **4.** of Section **II --** Who Is An Insured.

**b.  Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.  Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies. However, this exclusion does not apply to a person injured while engaged in a church sponsored activity authorized by you.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2009 GuideOne Insurance

DEF-000065

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**f. Coverage A Exclusions**

Excluded under Coverage **A**.

**g. Students**

To any student, with respect to the operation of any college or school (except Sunday school) by you or on your behalf.

**h. Day Nursery**

To any person being cared for at any Day Nursery owned and operated by you or on your behalf (except Day Nurseries for the care of children while their parents are attending church activities including parent day out or equivalent programs which are conducted for one day or less per week).

**i. Additional Exclusions**

Excluded under Additional Exclusions -- Coverages **A**, **B** and **C**.

**ADDITIONAL EXCLUSIONS -- COVERAGES A, B AND C**

This insurance does not apply to:

**1. Employment Related Practices**

Any liability arising out of any "employment related practices".

**2. Hospital Liability**

Acts, errors or omissions by any insured as proprietor, superintendent, or "executive officer" of any hospital, sanitarium, medical clinic with bed and board facilities, laboratory, or to acts or omissions arising out of any other similar medical trade, business, employment or profession.

**3. Counseling Activities**

Any "bodily injury", "property damage", "personal and advertising injury" or mental or emotional pain or anguish, sustained by any person arising out of, or resulting from:

**a.** Professional activities conducted by a psychiatrist or psychologist;

**b.** Professional activities conducted by a licensed mental health care practitioner or licensed counseling practitioner. However, if your "minister" is a licensed mental health care practitioner or licensed counseling practitioner, this exclusion does not apply to such professional activities that attend to the spiritual needs of a person if conducted for you or on your behalf; or

**c.** Counseling or guidance of a person in exchange for a payment or fee.

**4. Professional Board**

Acts, errors or omissions by any insured as a member of a formal accreditation or similar professional board of directors, of any educational, medical, professional or religious institution.

**5. Violation Of Any Statute Or Regulation**

Any liability arising out of the willful or intentional violation of any statute or regulation including but not limited to the fines and penalties assessed by a court or regulatory authority.

**6. Misconduct, Molestation Or Harassment**

Any "bodily injury", "personal and advertising injury", mental or emotional pain or anguish, or any defamation or slander, sustained by any person arising out of or resulting from any actual or alleged act of "sexual misconduct or sexual molestation" or "sexual harassment" of any kind. We have no right or duty to investigate, settle, defend or pay any claim or "suit" asserting any act of "sexual misconduct or sexual molestation", "sexual harassment" or any breach of duty contributing to or arising from such act.

**7. Health Services**

"Bodily injury", "property damage" or "personal and advertising injury" caused by:

**a.** The rendering or failure to render:

(1) Medical, surgical, dental, x-ray or nursing service, treatment, advice or instruction or the related furnishing of food or beverages;

(2) Any health or therapeutic service, treatment, advice or instruction; or

(3) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**b.** The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances; or

**c.** The handling or treatment of dead bodies, including autopsies, organ donation or other procedures;

if any college or school is operated by you or on your behalf, and that college or school owns or operates an infirmary with facilities for lodging and treatment or a public clinic or hospital.

This exclusion applies to persons whose professions involve the activities described in Paragraphs **a.**, **b.** and **c.** above. However, this exclusion does not apply to your school nurse while acting within the scope of their duties as directed by you.

**8. Corporal Punishment**

"Bodily injury", "property damage" or "personal and advertising injury" to any student arising out of any corporal punishment administered by or at the direction of any insured.

**SUPPLEMENTARY PAYMENTS -- COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include plaintiff attorneys' fees or plaintiff attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

**h.** Up to $1,000 for "property damage" to personal property of others while in the temporary care, custody or control of an insured and caused by any person participating in your organized activities. For purposes of this supplementary payment, "property damage" does not include disappearance, wrongful abstraction or loss of use. This supplementary payment shall only be paid on or for the account of the owner and only when other coverage or insurance is unavailable.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks "damages" for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

  **(1)** Agrees in writing to:

    **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

    **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

    **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

    **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

  **(2)** Provides us with written authorization to:

    **(a)** Obtain records and other information related to the "suit"; and

    **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I -- Coverage A -- Bodily Injury And Property Damage Liability**, such payments will not be deemed to be "damages" for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**ADDITIONAL SUPPLEMENTARY PAYMENTS**

**Product Recall Expenses**

We will reimburse you for "product recall expenses" that you incur because of a "product recall" of "your product". The most we will pay for all "product recall expenses" initiated during the policy period is $25,000. The policy period under which "product recall expenses" will be paid shall be determined by the policy that is in effect when the "product recall" was first initiated.

A complete accounting of "product recall expenses" must be provided upon our request, including receipts for all expenses that you incur. We will reimburse "product recall expenses" only if the expenses are incurred and reported to us within one year of the date the "product recall" was initiated.

Our obligation under this Additional Supplementary Payment shall only apply if the "product recall expenses" are initiated in the "coverage territory" during the policy period because:

**1.** You determine that the "product recall" is necessary; or

**2.** An authorized government entity has ordered you to conduct a "product recall".

However, this Additional Supplementary Payment does not apply to "product recall expenses" arising out of the product expiration or shelf life, a defect known by you prior to the time "your product" leaves your control or possession, or the defense of a claim or "suit" against you for liability arising out of a "product recall".

**SECTION II -- WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

  **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer

worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury described in Paragraphs **(1)(a)** or **(b)** above.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** All hierarchical governing bodies concerned with the adoption and enforcement of needful laws and regulations, doctrine and worship for the established denomination of which you are a member, but only with respect to liability arising out of the ownership, maintenance and use of the property by you at the locations designated in the Commercial General Liability Coverage Part Declarations and operations necessary and incidental thereto. But we shall not be liable under this policy to make payment to any such hierarchical body for loss in connection with any claim which is insured by another policy, except any amounts excess of all valid and collectible payments under such other policies.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or

limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only when the newly acquired or formed organization operates or conducts the same or similar business as you;

**b.** Coverage under this provision is afforded only until the 365th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**c.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**d.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**4.** The following persons or organizations are also insureds:

**a.** Any of your members, but only with respect to their liability for your activities or activities they perform on your behalf, at your direction and within the scope of their duties.

**b.** Any trustee or official; member of any board, council, deaconry, or vestry; "minister", Sunday school superintendent and any Sunday school teachers; or any student teachers teaching as part of their educational requirements; but only with respect to their duties as such.

**c.** Any church organization authorized and controlled by you.

**5.** The following person(s) or organization(s) are an additional insured when you have agreed, in a written contract, that such person or organization be added as an additional insured on your policy, provided the written contract is initiated prior to an "occurrence" resulting in "damages".

A person or organization is an additional insured under this provision only for that period of time required by the written contract.

However, no such person or organization is an insured under this provision if such person or organization is included as an insured by

an endorsement issued by us and made a part of this Coverage Form.

**a.** Any person or organization from whom you lease land but only with respect to liability arising out of the ownership, maintenance or use of that part of the land leased to you.

With respect to the insurance afforded to these additional insureds, this insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to lease that land; or

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of the additional insured.

**b.** Any state or political subdivision, but only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

With respect to the insurance afforded these additional insureds, this insurance does not apply to:

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state or municipality; or

**(2)** "Bodily Injury" or "property damage" included within the "products-completed operations hazard".

**c.** Any person or organization but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you.

The insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**d.** Any person or organization but only with respect to their liability as co-owner of the premises.

**6.** The following is not an insured:

**a.** Any person or organization with respect to the conduct of any current or past partnership, joint venture, limited liability

DEF-000070

company, that is not shown as a Named Insured in the Declarations.

**b.** Any person who is a professional health care services provider with respect to his or her rendering or failure to render professional health care services, except your school nurses (other than nurse practitioners) and student nurses while acting within the scope of their duties as directed by you.

## SECTION III -- LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought;

    **c.** Persons or organizations making claims or bringing "suits"; or

    **d.** Policies involved.

**2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage **C**;

    **b.** "Damages" under Coverage **A**, except "damages" because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    **c.** "Damages" under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for "damages" because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all "damages" because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** "Damages" under Coverage **A**; and

    **b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for "damages" because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, explosion, smoke or leaks from automatic fire protective systems, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

**8.** When two or more coverages or policies are issued by us:

    **a.** If the liability coverage provided by the Commercial General Liability Coverage Part of this policy, and any endorsement or other Coverage Part of this policy, provides liability coverage for the same "occurrence" or offense, the maximum liability under all coverages shall not exceed the limits of liability as provided by the Commercial General Liability Coverage Part of this policy.

    **b.** If this policy and any other policy issued to you by us or any Company affiliated with us apply to the same "occurrence" or offense, the maximum liability under all such policies shall not exceed the highest applicable limit of liability under any one policy.

But conditions **a.** and **b.** above do not apply to any policy issued by us or any affiliate company specifically to apply as excess insurance over this policy.

The Limits of Insurance of this Coverage Form apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV -- COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Form and all endorsed coverages:

**a.** To join us as a party or otherwise bring us into a "suit" asking for "damages" from an insured; or

**b.** To sue us on this Coverage Form and all endorsed coverages unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for "damages" that are not payable under the terms of this Coverage Form and all endorsed coverages or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under any of the coverages provided within this Coverage Form, our obligations are limited as follows:

**a. Primary Insurance**

   This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

   **(1)** This insurance is excess over:

   **(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

   **(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2009 GuideOne Insurance

DEF-000072

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I --** Coverage **A --** Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for "damages" arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(c)** Any other primary insurance available covering athletics activities.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.  Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured.  If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.  Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, including all Coverages that may be added by endorsement, those rights are transferred or assigned to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V -- DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads,

including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay "damages" is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Damages" mean only those compensatory tort damages allowed by law.

**6.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**7.** "Employment related practices" mean:

**a.** The refusal to employ;

**b.** Termination of employment, or a breach of any express or implied covenants of employment; or

**c.** Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, or other practices, policies, acts or omissions, related to employment.

**8.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**9.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**10.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**11.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**12.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**13.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**14.** "Minister" means a person:

**a.** Employed by;

**b.** Duly assigned to; or

**c.** Duly appointed by

you to attend to the spiritual needs of the congregation.

**15.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**16.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**17.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement";

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement";

**h.** Wrongful acts, errors or omissions resulting from counseling services:

**(1)** That attend to the spiritual needs of a person, and are performed by:

**(a)** A "minister" employed by you, but only for counseling services that are within the scope of his or her duties for you;

**(b)** Your "employee" or "volunteer worker", but only if acting under the direction and control of your employed "minister" and within the scope of his or her duties as your "employee" or "volunteer worker"; or

**(c)** A person in training to become a licensed or non-licensed counselor, but only if acting:

**a.** Under the direction and control of your employed "minister" or your principal (if you operate a school); and

**b.** Within the scope of his or her duties as a counselor in training.

**(2)** That are performed by a school counselor employed by you, if you operate a college or school, but only while acting within the scope of his or her duties as your "employee" and while providing to your students counseling or academic guidance, other than the creation, implementation and maintenance of an educational program.

However, "personal and advertising injury" does not include any injury arising from "sexual misconduct or sexual molestation", "sexual harassment", or counseling services that provide advice or assistance regarding charitable contributions, finance, insurance, investment, law, real estate or tax.

**18.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**19.** "Product recall" means the recall or withdrawal of "your product" from the market or from use by any other person or organization because of a known or suspected defect in "your product" which has caused or is reasonably expected to cause "bodily injury" or physical injury to tangible property other than "your product".

**20.** "Product recall expenses" mean those reasonable and necessary expenses paid and directly related to a "product recall".

**21.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or

DEF-000077

replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**22.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**23.** "Sexual misconduct or sexual molestation" means any activity which is sexual in nature (whether permitted or not permitted); and includes, but is not limited to:  sexual assault, sexual battery, sexual relations, sexual acts, sexual activity, sexual handling, sexual massage, sexual exploitation, sexual exhibition, sexual stimulation, fondling intimacy, exposure of sexual organs, lewd or lascivious behavior or indecent exposure, fornication, unauthorized touching, or the

photographic, video or other reproduction of sexual activity.

However, "sexual misconduct or sexual molestation" does not include employment-related "sexual harassment".

**24.** "Sexual harassment" means unwelcome sexual advances, requests for sexual favors, or other verbal, visual or physical conduct of a sexual nature when such conduct:

**a.** Is linked implicitly or explicitly with a decision affecting a term or condition of any individual's employment;

**b.** Interferes with any individual's job performance;

**c.** Creates an intimidating, hostile or offensive working environment for any individual; or

**d.** Arises out of or is related to an unlawful employment practice as codified at 42 U.S.C.A. ❋ 2000e-2(a), or any pendant State, municipal or local code, regulation or ordinance.

**25.** "Suit" means a civil proceeding in which "damages" because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged.  "Suit" includes:

**a.** An arbitration proceeding in which such "damages" are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent.

**26.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**27.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**28.** "Your product":

**a.** Means:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2009 GuideOne Insurance

DEF-000078

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**29.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2009 GuideOne Insurance

DEF-000079

# AMENDATORY ENDORSEMENT
# HIRED AND NONOWNED BUSINESS AUTO
# COVERAGE -- EXCESS LIABILITY
# AND MEDICAL PAYMENTS INSURANCE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SECTION I -- COVERED AUTOS

The following describes the "autos" that are covered "autos" under this endorsement.

1. HIRED "AUTOS" means those "autos" you lease, hire, rent or borrow.  This does not include any "auto" you lease, hire, rent, or borrow from any of your employees or partners or members of their households.

2. NONOWNED "AUTOS" means those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business.  This includes "autos" owned by your employees or partners or members of their households but only while used in your business or your personal affairs.

3. CERTAIN TRAILERS AND MOBILE EQUIPMENT are also covered "autos" for Liability Coverage.

   The following describe the above types.

   a. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

   b. "Mobile equipment" while being carried or towed by a covered "auto."

## SECTION II -- BODILY INJURY AND PROPERTY DAMAGE LIABILITY COVERAGE

1. **Insuring Agreement** of Coverage A (Section I) of the Commercial General Liability Coverage Form applies to all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the maintenance or use of a covered "auto."

However we have no duty to defend "suits" for "bodily injury" or "property damage" not covered by this endorsement.

2. **Exclusions** of Coverage A (Section I) of the Commercial General Liability Form, other than exclusions b, d, i, and the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced with the following:

   a. "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured."

   b. "Bodily injury" to:

      (1) An employee of the "insured" arising out of and in the course of employment by the "insured"; or

      (2) The spouse, child, parent, brother or sister of that employee as a consequence of paragraph **(1)** above.

      This exclusion applies:

      (a) Whether the "insured" may be liable as an employer or in any other capacity; and

      (b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

      But this exclusion does not apply to "bodily injury" to domestic employees not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract."

   c. "Bodily injury" to any fellow employee of the "insured" arising out of and in the course of the fellow "employee's" employment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright  1999 GuideOne Insurance

PCG 75 13 07 99
Page 1 of 7

DEF-000080

**d.** "Property damage" to property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**e.** "Bodily injury" or "property damage" resulting from the handling of property:

    **(1)** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

    **(2)** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured."

**f.** "Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto."

**g.** "Bodily injury" or "property damage" arising out of the operation of any equipment listed in paragraphs **f.2.** and **f.3.** of the definition of "mobile equipment."

**h.** "Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs **(1)** or **(2)** above.

Your work will be deemed completed at the earliest of the following times:

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**i.** "Bodily injury" or "property damage" arising out of:

    **(1)** The actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

        **(a)** That are, or that are contained in any property that is:

            **(i)** Being transported or towed by, or handled for movement into, onto or from the covered "auto."

            **(ii)** Otherwise in the course of transit by the "insured"; or

            **(iii)** Being stored, disposed of, treated or processed in or upon the covered "auto";

        **(b)** Before the pollutants or any property in which the pollutants are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

        **(c)** After the pollutants or any property in which the pollutants are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the insured."

    **(2)** Any loss, cost or expense arising out of any statutory or regulatory requirement that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or access the effects of "pollutants."

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 1999 GuideOne Insurance

DEF-000081

Paragraphs **(1)(a)(iii)** does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" of its parts, if:

**(a)** The "pollutants" escape or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(b)** The "bodily injury" or "property damage" does not arise out of the operation of any equipment listed in paragraphs **9.f.(1)** and **9.f.(2)** of the definition of "mobile equipment."

Paragraphs **(1)(b)** and **(1)(c)** of this exclusion do not apply if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, release or escape of the pollutants is caused directly by such upset, overturn or damage.

**3. Supplementary Payments** of Coverages A and B (Section I) of the Commercial General Liability Form are deleted and replaced with the following:

**Coverage Extensions**

**a.** Supplementary Payments. In addition to the Limit of Insurance, we will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $250 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earning up to $250 a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

**(7)** In addition to any applicable Limit of Insurance, we will repay the actual expense of emergency transportation to the intended destination or back to your place of business. The expense must be necessary because of a "loss" which is covered under this policy and occurs more than 50 miles from your place of business. The transportation expense must be incurred within 48 hours of such "loss." The most we will pay for such expense is $250 for any one "accident."

**b.** Out of State Coverage Extensions.

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out of state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**4. Who Is An Insured** (Section II) of the Commercial General Liability Form is replaced with the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 1999 GuideOne Insurance

DEF-000082

The following are "insureds":

**a.** You for any covered "auto."

**b.** Any of your officers, clergy or employees are insureds but only with respect to their duties as such.

**c.** Any person who is a "volunteer" for you is an insured, but only while using an "auto" with your express knowledge and authorization, in the course of your business, and within the scope of their duties for you.

**d.** Anyone else while using with your permission a covered "auto" you hire or borrow except:

    **(1)** The owner or anyone else from whom you hire or borrow a covered "auto."

    **(2)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

    **(3)** Anyone other than your employees, partners, a lessee or borrower or any of their employees, while moving property to or from a covered "auto."

    **(4)** A partner of yours for a covered "auto" owned by him or her or a member of his or her household.

**e.** Anyone else who is not otherwise excluded under paragraph b. above and is liable for the conduct of an "insured" but only to the extent of that liability.

**5. Limits Of Insurance** (Section III) of the Commercial General Liability Form is deleted and replaced with the following:

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for all damages resulting from any one "accident" is the Each Occurrence Limit shown in the Declarations.

All "bodily injury" and "property damage" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident."

**SECTION III -- MEDICAL PAYMENTS COVERAGE**

**1. Insuring Agreement** of Coverage C (Section I) paragraph **a.** of the Commercial General Liability Form applies to all reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident."

We will pay only those expenses incurred within three years from the date of "accident."

The provisions of any paragraphs other than paragraph **a.** under **1.** Insuring Agreement of COVERAGE C (Section I) of the Commercial General Liability Form do not apply to the insurance provided by this endorsement.

**2. Exclusions** of Coverage C (Section I) of the Commercial General Liability Form are deleted and replaced with the following:

**a.** "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

**b.** "Bodily injury" sustained by anyone while "occupying" an "auto" that is not a covered "auto."

**c.** "Bodily injury" to your employee arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic employees if not entitled to workers' compensation benefits.

**d.** "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

**e.** "Bodily injury" caused by declared or undeclared war or insurrection or any of their consequences.

**f.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**3. Who Is An Insured** (Section II) of the Commercial General Liability Coverage Form is deleted and replaced with the following:

Anyone "occupying" an "auto" that is a covered "auto."

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 1999 GuideOne Insurance

DEF-000083

**4.** **Limit of Insurance** (Section III) of the Commercial General Liability Form is deleted and replaced with the following:

Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is $5,000.

**SECTION IV -- BUSINESS AUTO CONDITIONS**

Commercial General Liability Conditions (Section IV) of the Commercial General Liability Coverage Form, other than conditions **1.** and **8.**, are deleted and replaced with the following (Condition **8.** of the Commercial Liability Form does not apply to SECTION III -- Medical Payments Coverage of the endorsement):

**1.** **Duties In The Event Of Accident, Claim or Suit.**

**a.** In the event of "accident," claim or "suit," you must give us or our authorized representative prompt notice of the "accident." Include:

**(1)** How, when and where the "accident" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any demand, notice, summons or legal paper received concerning the claim or "suit."

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit."

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**2.** **Legal Action Against Us.**

No one may bring a legal action against us under this endorsement until:

**a.** There has been full compliance with all the terms of this endorsement; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**3.** **Other Insurance.**

**a.** For any covered "auto," the insurance provided by this endorsement is excess over any other collectible insurance. For Medical Payments Coverage, other collectible insurance applies only to other collectible auto medical payments insurance.

**b.** This endorsement's Liability Coverage is primary for any liability assumed under an "insured contract."

**c.** When this endorsement and any other endorsement, Coverage Form or policy covers on the same basis we will pay only our share. Our share is the proportion that the Limit of Insurance of our endorsement bears to the total of the limits of all the endorsements, Coverage Forms and policies covering on the same basis.

**4.** **Premium Audit.**

**a.** The estimated premium for this endorsement is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 1999 GuideOne Insurance

DEF-000084

**b.** If this policy is issued for more than one year, the premium for this endorsement will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**5. Concealment, Misrepresentation Or Fraud.**

This endorsement is void in any case of fraud by you at any time as it relates to this endorsement. It is also void if you or any other "insured," at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This endorsement;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this endorsement.

**6. Liberalization.**

If we revise this endorsement to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**7. Two Or More Endorsements, Coverage Forms Or Policies Issued To You By Us.**

If two or more endorsements, Coverage Forms or policies issued to you by us or any company affiliated with us apply to the same "accident," the aggregate maximum Limit of Insurance under all the endorsements, Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one endorsement, Coverage Form or policy. This condition does not apply to any endorsement, Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this endorsement.

**SECTION V -- DEFINITIONS**

Definitions (Section V) of the Commercial General Liability Coverage Form other than the definitions of "Auto," "Bodily injury," "Mobile Equipment," "Occurrence," "Pollutants," "Property Damage" and "Suit," are deleted and replaced with the following:

**1.** "Accident" (See "Occurrence" definition).

**2.** "Coverage Territory" means:

**a.** The United States of America;

**b.** The territories and possessions of the United States of America;

**c.** Puerto Rico; and

**d.** Canada.

We also cover "accidents" involving a covered "auto" while being transported between any of these places.

**3.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

The coverage provided by this endorsement is subject to specified provisions of other forms applicable to this Coverage Part. Some of these provisions use the word: insured, which is subject to this definition.

**4.** "Insured contract" means:

**a.** A lease of premises;

**b.** A sidetrack agreement;

**c.** An easement or license agreement in connection with vehicle or pedestrian private railroad crossings at grade;

**d.** Any other easement agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**e.** An indemnification of a municipality as required by ordinance, except in connection with or for a municipality;

**f.** That part of any other contract or agreement entered into, as part of your business, by you or any of your employees pertaining to the rental or lease of any "auto";

**g.** That part of any other contract or agreement pertaining to your business, under which you assume the tort liability of another to pay damages because of "bodily injury" or "property damage" to a third person or organization, if the contract or agreement is made prior to the "bodily injury" or "property damage." Tort liability means a liability that would

be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

**a.** That pertains to the loan, lease or rental of any "auto" to you or any of your employees, if the "auto" is loaned, leased or rented with a driver.

**b.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**5.** "Occupying" means in, upon, getting in, on, out or off.

**6.** "Trailer" includes semitrailer.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 1999 GuideOne Insurance

PCG 75 13 07 99

DEF-000086

# CORPORAL PUNISHMENT

**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Exclusion **a.** of paragraph **2.** Exclusions of Coverage **A** Bodily Injury And Property Damage Liability (Section **I** -- Coverages) is replaced by the following:

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to:

**(1)** "Bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property; or

**(2)** "Bodily injury" resulting from corporal punishment to any student administered by or at the direction of any insured.

**2.** The Corporal Punishment Exclusion under Additional Exclusions -- Coverages **A**, **B** And **C** (Section **I** -- Coverages) is replaced by the following:

This insurance does not apply to:

**Corporal Punishment**

"Property damage" or "personal and advertising injury" to any student or pupil arising out of any corporal punishment administered by or at the direction of any insured.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2009 GuideOne Insurance

PCG 75 17 04 09
Page 1 of 1

DEF-000087

# DAY NURSERY MEDICAL PAYMENTS

**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Coverage **C** Medical Payments of Section **I** -- Coverages is amended as follows:

**A.**   The following coverage is added to Paragraph **1.** Insuring Agreement:

   **1.   Insuring Agreement**

   We will pay medical expenses on an excess payment basis for "bodily injury" caused by an accident to any person being cared for at any day nursery owned or operated by you or on your behalf.

**B.**   Paragraph **h.** of Paragraph **2.** Exclusions is deleted.

# AMENDED DEFINITION OF DAMAGES

**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> PROFESSIONAL LIABILITY COVERAGE
> EMPLOYEE BENEFITS LIABILITY COVERAGE
> COUNSELORS LIABILITY COVERAGE

The definition of "damages"  is replaced by the following:

"Damages"  mean only those tort damages allowed by law.

PMAN502
Page 1 of 1

DEF-000089